ZMUNT, et (Cuyahoga Co Comrs) v LEXA

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided June 23, 1930

For full opinion see 175 NE 458; 37 Oh Ap 479 (Oh Bar 4-14-31).